IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03CR3074 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| RYAN PATRICK JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

An initial appearance was held today on the petition alleging the defendant violate the terms of his supervised release. The defendant is currently at Cornhusker Place. The government did not request detention. Accordingly,

IT IS ORDERED: The defendant is released and shall comply with all terms and conditions of his supervised release which were imposed at sentencing except as follows:

The defendant shall reside at Cornhusker Place, Lincoln, Nebraska and participate in that facility's Substance Abuse Treatment Program. The defendant shall fully comply with the requirements of his treatment plan and all rules of the Cornhusker Place facility. If the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain him pending a prompt hearing before the court.

DATED this 11th day of February, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge