IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                          )<br>                          Plaintiff,       )<br>                                                          )<br>v.                                                      )<br>                                                          )<br>RYAN PATRICK JOHNSON,          )<br>                                                          )<br>                          Defendant.    ) | Case No.  4:03CR3074 |

## ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Revocation Hearing, filing 73, now set for May 10, 2011, at 12:30 p.m. until a date certain in approximately 120 days.  The Court, being fully advised in the premises, and noting that the government and probation office have no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until the 13th day of September, 2011, at 12:30 p.m.  The defendant is ordered to appear at such time.

Dated this 5th day of May, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge