IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                         )<br>              Plaintiff,                        )<br>                                                         )<br>                                                         )<br>     vs.                                              )<br>                                                         )<br>RYAN PATRICK JOHNSON,          )<br>                                                         )<br>              Defendant.                     )<br>                                                         ) | 4:03CR3074<br><br>DETENTION ORDER<br><br>PETITION FOR<br>ACTION ON CONDITIONS<br>OF<br>SUPERVISED RELEASE |

The defendant waived the right to a detention hearing and agreed to detention. Pursuant to 18 U.S.C. § 3142(f) and § 3143(a) of the Bail Reform Act, and Fed. R. Crim. P. 32.1(a)(6),

**IT IS ORDERED,**

The above-named defendant shall be detained until further order.

July 27, 2011                                                            BY THE COURT:

                                                                              *s/Cheryl R. Zwart*
                                                                              United States Magistrate Judge