IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03CR3074 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| RYAN PATRICK JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1) The defendant's unopposed motion to review detention, (filing no. 85), is granted.

2) The defendant shall comply with all terms and conditions of his supervised release which were imposed at sentencing except as follows:

> When an opening becomes available, the defendant shall be released to reside at Williams Prepared Place, in Omaha, Nebraska and participate in that facility's substance abuse treatment program. The defendant shall fully comply with the requirements of his treatment plan and all rules of the Williams Prepared Place facility. If the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain him pending a prompt hearing before the court.

3) When an opening for the defendant becomes available at Williams Prepared Place, defendant's counsel shall promptly contact the chambers of the undersigned magistrate judge who will, in response, contact the Marshal with further directions for defendant's release to treatment.

4) At the time of defendant's release to treatment, the U.S. Marshal's office shall provide him with a 30-day supply of any currently prescribed medication.

August 22, 2011                          BY THE COURT:

                                         *s/ Cheryl R. Zwart*
                                         United States Magistrate Judge