IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RYAN PATRICK JOHNSON, ) <br> ) <br> Defendant. ) | Case No. 4:03CR3074 |

### ORDER

THIS MATTER comes before the Court on defendant's Motion to Continue Revocation Hearing, filing 90, now set for December 13, 2011, at 12:00 p.m. until a date certain in approximately 90 days. The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until the 15th day of March, 2012, at 1:00 p.m. The defendant is ordered to appear at such time.

Dated this 29th day of November, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge