IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | CASE NO. 4:03CR3074 |
| v. | ) | **ORDER** |
| RYAN PATRICK JOHNSON, | ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Revocation Hearing, filing 97, now set for Wednesday, June 13, 2012, at 12:00 p.m. until a date certain in approximately 120 days. The Court, being fully advised in the premises and noting that the government has no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until the 30th day of October, 2012, at 12:00 noon. The defendant is ordered to appear at such time.

DATED this 6th day of June, 2012.

BY THE COURT:

*Richard G. Kopf*
The Honorable Richard G. Kopf
Senior United States District Judge